IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EUGENE LONG,
    Plaintiff,

vs.                                      Case No.   3:10cv356/LAC/CJK

K.W. DIERMYER, et al.,
    Defendants.
_____

## O R D E R

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 9, 2011.  (Doc. 12).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

       Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now ORDERED as follows:

       1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the clerk is directed to close the file.

DONE AND ORDERED this 11th day of July, 2011.


                s/ *L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**